E-FILED
Monday, 11 July, 2011 04:04:14 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 11-CV-3016 ) |
| DJT FIELDHOUSE, INC. and DANIEL R. ORSBORN, | ) ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On January 20, 2011, Plaintiff filed its Complaint herein and paid all filing fees in full. On April 11, 2011, proper service was executed upon Defendants DJT Fieldhouse, Inc. and Daniel R. Orsborn. Defendants have failed to file answers or any type of response to Plaintiff's Complaint. However, Plaintiff has not taken steps to obtain the default of Defendants. Federal Rule of Civil Procedure 55 directs that a Plaintiff shall apply to the Court for judgment by default. Plaintiff was requested to file a status report or take action to move this case forward by June 20, 2011, by this Court's Text Order of June 7, 2011. No status report was filed and by Text Order dated June 22, 2011, Plaintiff was given a final extension to July 8, 2011 to

file a status report or otherwise proceed or risk dismissal of the complaint for want of prosecution.  As of this date, Plaintiff has failed to respond to either Text Order or to act in accordance with Rule 55.  The Court has no other option and recommends that Plaintiff's Complaint be dismissed for want of prosecution.

    Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after being served with an ECF copy of this Report and Recommendation.  See 28 U.S.C. § 636(b)(1).  Failure to file a timely objection will constitute a waiver of objections on appeal.  <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986).  See Local Rule 72.2.


ENTER:  July 11, 2011

    FOR THE COURT:

                                  _____*s/ Byron G. Cudmore*_____
                                        BYRON G. CUDMORE
                            UNITED STATES MAGISTRATE JUDGE